**UNITED STATES of America, Plaintiff–Appellee**

v.

**Michael VESPA, Defendant–Appellant.**

No. 09–30854
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 12, 2010.

Camille Ann Domingue, John L. Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Gregory Paul Marx, G. Paul Marx, Professional Law Corp., Lafayette, LA, for Defendant–Appellant.

Before DENNIS, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Michael Vespa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vespa has not filed a response. Our independent review of the record and counsel's brief

---

discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be